| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Christ's Household of Faith, Inc. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  North Star Services Auto |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 41-6149245 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** 23 Empire Drive Saint Paul, MN 55103 Number, Street, City, State & ZIP Code  Ramsey County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
__8131__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* |

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December  4, 2015
            MM / DD / YYYY

**X** /s/ Mark R. Alleman                     Mark R. Alleman
Signature of authorized representative of debtor     Printed name

Title  Chief Financial Officer/Treasurer

**18. Signature of attorney**

**X** /s/ Ryan T. Murphy                     Date December  4, 2015
Signature of attorney for debtor                      MM / DD / YYYY

Ryan T. Murphy
Printed name

Fredrikson & Byron, P.A.
Firm name

200 S Sixth St, Ste 4000
Minneapolis, MN 55402
Number, Street, City, State & ZIP Code

Contact phone  612.492.7000     Email address

311972
Bar number and State

Fill in this information to identify the case:

Debtor name: Christ's Household of Faith, Inc.
United States Bankruptcy Court for the: DISTRICT OF MINNESOTA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55484-9477 | 800.895.4999 | Utility | | | | $11,143.19 |
| St Paul Regional Water Service<br>1900 Rice St<br>Saint Paul, MN 55113 | 651.266.6350 | Utility | | | | $7,943.82 |
| Capital One<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130 | 800.867.0904 | Credit card purchases | | | | $5,284.83 |
| Retail Services<br>PO Box 30257<br>Salt Lake City, UT 84130 | 800.871.2800 | Credit card purchases | | | | $4,128.35 |
| Hometown Tire & Service<br>1137 S Robert St<br>Saint Paul, MN 55118 | 651.450.0537 | Trade debt | | | | $3,629.49 |
| BMO Harris Bank, N.A.<br>PO Box 84047<br>Columbus, GA 31908 | 877.605.5403 | Credit card purchases | | | | $2,818.76 |
| Donald Peterson DDS<br>1579 Hamline Ave N<br>Saint Paul, MN 55108 | 651.646.8851 | Services | | | | $1,727.20 |
| Dr. James Dodds<br>1896 N Albert St<br>Saint Paul, MN 55113 | 651.332.1780 | Services | | | | $1,500.00 |
| Capitol Pharmacy, Inc.<br>580 Rice Street<br>Saint Paul, MN 55103 | 651.292.9728 | Trade debt - pharmacutical | | | | $1,302.15 |

Debtor   Christ's Household of Faith, Inc.                              Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Inver Grove Hyundai<br>1290 E 50th Street<br>Inver Grove Heights, MN 55077 | 651.204.4400 | Trade debt | | | | $1,234.77 |
| Inver Grove Ford<br>4725 S Robert Trail<br>Inver Grove Heights, MN 55077 | 651.451.2201 | Trade debt | | | | $1,205.71 |
| Home Depot Credit Services<br>PO Box 790328<br>Saint Louis, MO 63179 | 800.677.0232 | Credit card purchases | | | | $1,161.23 |
| LKQ Viking Auto Salvage<br>15726 Collections Center Dr<br>Chicago, IL 60693 | 651.460.6166 | Trade debt | | | | $769.53 |
| Walter's Rubbish Inc.<br>2830 - 101st Ave NE<br>Minneapolis, MN 55449 | 763.780.8464 | Trash removal | | | | $635.09 |
| Genuine Parts Co.<br>5959 Collection Center Dr<br>Chicago, IL 60693 | 612.644.3135 | Trade debt | | | | $318.89 |
| Gopher Plumbing Specialty<br>704 Vandalia St<br>Saint Paul, MN 55114 | 651.644.2179 | Trade debt | | | | $184.26 |
| Walters Reccycling & Refuse<br>PO Box 67<br>Circle Pines, MN 55014 | 763.780.8464 | Refuse removal | | | | $122.87 |
| Frattallone's Hardware Store<br>3527 N Lexington Ave<br>Saint Paul, MN 55126 | 651.484.3327 | Trade debt | | | | $104.12 |
| G & K Services<br>685 Olive Street<br>Saint Paul, MN 55130 | 651.855.7000 | Services | | | | $93.60 |
| iATN<br>640 W Lambert Rd<br>Brea, CA 92821 | 714.257.1335 | Services | | | | $90.00 |

Center for Energy/Environment
212 Third Ave N
Minneapolis MN 55401


Central Bank
PO Box 225
Stillwater MN 55082


LSREF2 Cobalt, LLC
2711 N Haskell Ave, Ste 1700
Dallas TX 75204


Maple Bank
11660 Theatre Dr N
Champlin MN 55316


Internal Revenue Service
Centralized Insolvency Operat.
PO Box 7346
Philadelphia PA 19101


MN Department of Revenue
Collection Enforcement
551 Bky Section - PO Box 64447
St. Paul MN 55164


Ramsey County Revenue
90 W Plato Blvd
Saint Paul MN 55107


Apex Auto Salvage
198 E Minnehaha Ave
Saint Paul MN 55130


Apollo Locksmith, Inc.
1532 University Ave
MN 55140

Bay Auto Parts Inc
1750 Velp Ave, Ste 1
Green Bay WI 54303


BMO Harris Bank, N.A.
PO Box 84047
Columbus GA 31908


Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City UT 84130


Capitol Pharmacy, Inc.
580 Rice Street
Saint Paul MN 55103


Commercial Surfaces Group, LLC
d/b/a Surfaces Group, LLC
23 Empire Drive
Saint Paul MN 55103


Crosstown Auto Inc
1440 Marshall Ave
Saint Paul MN 55104


Dey Distributing, Inc.
1401 Willow Lake Blvd
Saint Paul MN 55110


Dr. James Dodds
1896 N Albert St
Saint Paul MN 55113


Empire Builder Auto, LLC
23 Empire Drive
Saint Paul MN 55103

Frattallone's Hardware Store
3527 N Lexington Ave
Saint Paul MN 55126


G & K Services
685 Olive Street
Saint Paul MN 55130


Genuine Parts Co.
5959 Collection Center Dr
Chicago IL 60693


Gopher Plumbing Specialty
704 Vandalia St
Saint Paul MN 55114


Home Depot Credit Services
PO Box 790328
Saint Louis MO 63179


Hometown Tire & Service
1137 S Robert St
Saint Paul MN 55118


iATN
640 W Lambert Rd
Brea CA 92821


Inver Grove Ford
4725 S Robert Trail
Inver Grove Heights MN 55077


Inver Grove Hyundai
1290 E 50th Street
Inver Grove Heights MN 55077

LKQ Viking Auto Salvage
15726 Collections Center Dr
Chicago IL 60693


North Star Remodeling, LLC
23 Empire Drive
Saint Paul MN 55103


North Star Services Electric
23 Empire Drive
Saint Paul MN 55103


North Star Services Management
23 Empire Drive
Saint Paul MN 55103


North Star Surfaces, LLC
23 Empire Drive
Saint Paul MN 55103


Donald Peterson DDS
1579 Hamline Ave N
Saint Paul MN 55108


Retail Services
PO Box 30257
Salt Lake City UT 84130


St Paul Regional Water Service
1900 Rice St
Saint Paul MN 55113


Walter's Rubbish Inc.
2830 - 101st Ave NE
Minneapolis MN 55449

Walters Reccycling & Refuse
PO Box 67
Circle Pines MN 55014


Wells Fargo Bank NA
333 S Grand Ave, 9th Floor
Los Angeles CA 90071


Xcel Energy
PO Box 9477
Minneapolis MN 55484-9477


James Wevley & Michael Aust
4542 Nicollet Ave
Minneapolis MN 55419


Thomas Bogen
5636 Cedar Ave S
Minneapolis MN 55417


Dependable Home Health Care
23 Empire Drive
Saint Paul MN 55103


Amanda A. Haas
c/o Renter's Warehouse
6101 Baker Rd, Ste 200
Minnetonka MN 55345


Jizhong Jin & Danielle Jin
329 Oakwood Terrace
Vadnais Heights MN 55127


Kaul Holdings, LLC
15621 - 42nd St
Afton MN 55001

Minger Construction Companies
620 Corporate Drive
Jordan MN 55352


Qwest Corporation
1801 California St, 46th Floor
Attn: Vice Preseident of RE
Denver CO 80202


SJ Holdings LLC
3115 Long Lake Rd
Saint Paul MN 55113


St Paul Federation of Teachers
23 Empire Drive
Saint Paul MN 55103


State Auto Property and
Casualty Insurance Co
518 E Broad Street
Columbus OH 43215


James & Lynnette Zika
1122 Dayton Ave, Apt 1
Saint Paul MN 55104


Fabricator's Choice, LLC
23 Empire Drive
Saint Paul MN 55103


North Star Kitchens, LLC
23 Empire Drive
Saint Paul MN 55103


North Star Services Management, LLC
23 Empire Drive
Saint Paul MN 55103

David B. Galle, Esq.
Oppenheimer Wolff & Donnelly
222 S Ninth Street, Ste 2000
Minneapolis MN 55402


Equis Corporation
8350 E Crescent Pkwy, Ste 300
Attn: Qwest Lease Admin
Englewood CO 80111

# United States Bankruptcy Court
## District of Minnesota

In re   Christ's Household of Faith, Inc.

Debtor(s)

Case No.

Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Christ's Household of Faith, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December  4, 2015
Date

/s/ Ryan T. Murphy
Ryan T. Murphy 311972
Signature of Attorney or Litigant
Counsel for   Christ's Household of Faith, Inc.
Fredrikson & Byron, P.A.
200 S Sixth St, Ste 4000
Minneapolis, MN 55402
612.492.7000 Fax:612.492.7077

**Form 1008-1 - Proof Of Authority To Sign And File Petition**

# United States Bankruptcy Court
### District of Minnesota

In re   Christ's Household of Faith, Inc.                              Case No.
                                                          Debtor       Chapter    11

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Mark R. Alleman, declare under penalty of perjury that I am the CFO of Christ's Household of Faith, Inc. (the "Company"), a Minnesota corporation, and that on December 1, 2015 the following resolutions were duly adopted by the Board of Directors of the Company:

"Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court for the District of Minnesota pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mark R. Alleman, CFO, or such other officer of the Company as he may designate, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Mark R. Alleman, CFO, or such other officer of the Company as he may designate, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with each such bankruptcy case; and

Be It Further Resolved, that Mark R. Alleman, CFO, is authorized and directed to employ the law firm of Fredrikson & Byron, P.A. to represent the Company in such bankruptcy case."

Date   December 4, 2015            Signature   */s/ Mark R. Alleman*
                                               Mark R. Alleman
                                               CFO

**LOCAL RULE REFERENCE:  1008-1**

57450630